1  Nicholas J. Bontrager, Esq. (SBN 252114)
   Krohn & Moss, Ltd.
2  10635 Santa Monica Blvd., Suite 170
   Santa Monica, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021
   nbontrager@consumerlawcenter.com
4  Attorneys for Plaintiff.
   SONIA SAEED

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA,
SACRAMENTO DIVISION**

| SONIA SAEED, | ) Case No.: 2:08-cv-02908-JAM-DAD |
|---|---|
| Plaintiff, | ) |
| v. | ) **NOTICE OF SETTLEMENT** |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| Defendant. | ) |

   NOW COMES the Plaintiff, SONIA SAEED, and Defendant, NCO FINANCIAL SYSTEMS, INC., by and through the undersigned counsel and hereby inform the court that they have reached settlement of the present matter and are in the process of finalizing settlement, which parties anticipate will be finalized within the next 45 days.

   The Parties therefore jointly request that this honorable court vacate all dates currently set on calendar for the present matter.

                            Respectfully Submitted,

DATED: January 20, 2008     KROHN & MOSS, LTD.


                            By: /s/ Nicholas J. Bontrager            _

                               Nicholas J. Bontrager
                               Attorney for Plaintiff