Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA SAEED,<br><br>           Plaintiff,<br><br>     vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>           Defendant. | Case No.  08 CV 02908-JAM-DAD<br><br>STIPULATION TO DISMISS<br>ACTION WITH PREJUDICE |

    Plaintiff, SONIA SAEED, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on or about December 1, 2008.  NCO filed its Answer to Plaintiff's complaint on December 13, 2008.  SONIA SAEED filed a Notice of Acceptance of NCO's Offer of Judgment on January 12, 2009.  The parties resolved the action in its entirety prior to the Court entering judgment in this matter.  SONIA SAEED filed a Notice of Settlement on January 20, 2009.  As part of said resolution, the parties

PDF created with pdfFactory trial version www.pdffactory.com

agree to dismiss the entire action with prejudice. Judgment has not yet been entered in this matter.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: __2/24/09___          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/ Albert R. Limberg
Albert R. Limberg
Attorney for Defendant
NCO Financial Systems, Inc.

Dated: __2/24/09___          KROHN & MOSS

/s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff
Sonia Saeed

IT IS SO ORDERED:
Dated: 2/24/09                /s/ John A. Mendez_____
                              Hon. John A. Mendez
                              U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com